Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     415 543 8700
Facsimile:      415 391 8269

Attorneys for Defendants Kansas City Life
Insurance Company and J.P. Morgan Retirement
Plan Services LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. PIERCE,<br><br>                    Plaintiff,<br><br>       v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY; JP MORGAN RETIREMENT PLAN SERVICES, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>                    Defendants. | Case No. C10-05180 LB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear its/her own costs and fees.

DATED: July 19, 2011.

                                    REED SMITH LLP


                              By____//s//Linda B. Oliver_____
                                    Linda B. Oliver
                                    Attorneys for Defendants Kansas City Life
                                    Insurance Company and J.P. Morgan Retirement
                                    Plan Services LLC

– 1 –

1  DATED: June 27, 2011.

KING, KING & FISHLEDER, A PROFESSIONAL CORPORATION

By _____
George King
Attorneys for Plaintiff Russell E. Pierce

**IT IS SO ORDERED.**

July 27, 2011
DATED: ~~June ___, 2011~~.

_____
Laurel Beeler
United States Magistrate Judge

US_ACTIVE-106443186.1